

# THE THIRTEENTH COURT OF APPEALS

## 13-14-00051-CV

Blanca Emid Petty
v.
John Kent Petty

On Appeal from the
329th District Court of Wharton County, Texas
Trial Cause No. 46.003

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellant although she is exempt from payment due to her affidavit of inability to pay costs.

We further order this decision certified below for observance.

October 30, 2014